UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:09-CV-359-T-17TGW

MARKEICE LAMAR CRAFT,
AMOS DAYMONE WALLACE.

_____/

ORDER

This cause is before the Court on:

Dkt. 75   Report and Recommendation

The assigned Magistrate Judge entered his Report and Recommendation on the Government's Motion for Leave to Conduct Deposition (Dkt. 62), in which it is recommended that leave to conduct the deposition of Kimberly Sutton, crime laboratory analyst for the Florida Department of Law Enforcement, be granted.

The Court has independently examined the pleadings, and has considered the testimony at the evidentiary hearing. No objections to the Report and Recommendation were filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 75) is **adopted and incorporated**. The Motion for Leave to Conduct Deposition is **granted**.

Case No. 8:09-CR-359-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 21st day of June, 2010, <u>nunc pro tunc</u> 6/3/2010.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record